[No. 35032-7-II.   Division Two.   May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. A.V.R., *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 06-8-00003-1, Michael J. Sullivan, J., entered June 5, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 24946-8-III.   Division Three.   May 10, 2007.]

*In the Matter of the Welfare of* N.M.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-7-01595-3, Ellen K. Clark, J., entered January 13, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24956-5-III.   Division Three.   May 10, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. LINDA T. AKKERMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00933-1, Robert D. Austin, J., entered February 2, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 54734-8-I.   Division One.   May 14, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL REESE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10279-7, J. Wesley Saint Clair, J., entered July 9, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.